# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128938

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

APRIL Y. STONE,
       Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
       Defendant-Appellee.

SC: 128938
COA: 260209
WCAC: 03-000314

_____/

      On order of the Court, the application for leave to appeal the May 26, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

t1121